IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01441-WYD-MJW

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

IMPRESTO, LLC,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12 (filed August 14, 2006) is **DENIED AS MOOT** in light of the Court's Order of August 11, 2006, dismissing the case without prejudice for lack of standing.

    Dated:  August 15, 2006