IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01441-WYD-MJW

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

IMPRESTO, LLC,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Expedited Motion to Reconsider this Court's Order of August 11, 2006 (filed August 22, 2006).  The Court, having reviewed the motion and being fully advised in the premises, denies the motion for the reasons stated below.

"'The Federal Rules of Civil Procedure recognize no motion for reconsideration.'" *Hawkins v. Evans*, 64 F.3d 543, 546 (10th Cir. 1995) (quotation and internal quotation marks omitted).  If the motion for reconsideration is filed within ten days of the entry of judgment, as here, it is treated as a motion to alter or amend the judgment under FED. R. CIV. P. 59(e).  A motion for reconsideration "is an extreme remedy to be granted in rare circumstances." *Brumark Corp. v. Samson Resources Corp.*, 57 F.3d 941, 944 (10th Cir. 2995).  Such a motion is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. *Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000)

In the case at hand, I find that the motion for reconsideration must be denied. Plaintiff has not shown that the Court misapprehended the facts or Plaintiff's position. To the extent Plaintiff argues that abandonment of the claims by the Trustee and/or joining the Trustee as a party is not a prerequisite to suit, I disagree. If Plaintiff's claims are truly proper in this Court, as he argues, Plaintiff should have no problem obtaining the Trustee's consent to bring such suit. Plaintiff was advised in the Order of dismissal of August 11, 2006, what needs to occur for the action to be refiled, and he has not complied with the Court's order. Accordingly, it is

ORDERED that Plaintiff's Expedited Motion to Reconsider this Court's Order of August 11, 2006 is **DENIED**.

Dated: August 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge