IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01441-WYD-MJW

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

IMPRESTO, LLC,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's "Expedited Request for Finding of Fact Pursuant to Fed. R. Civ. P. Rule 52" (filed August 28, 2006) is **DENIED**.

    Dated:  August 30, 2006